JACOB NOTT, Plaintiff, *v.* NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, Defendant.

JACOB NOTT, Plaintiff, *v.* CALEDONIAN FIRE INSURANCE COMPANY OF SCOTLAND, Defendant.

City Court of New York, New York County, December 5, 1933.

*Noah Seedman*, for the plaintiff.

*Joseph Greenhill* [*Joseph Greenhill* and *Simon Greenhill* of counsel], for the defendant.

LA FETRA, C. J. The negotiations for settlement in no way affected the running of the statute. Motion granted, with ten dollars costs to the defendant against the plaintiff, and judgment ordered for the defendant dismissing the complaint.